422 A.2d 1169

Commonwealth v. Sawyer, Appellant.

Submitted April 10, 1979.   John H. Pope, for appellant;   Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.